## JOHN BONNER v. STATE.

No. A-322.    Opinion Filed May 25, 1910.

(109 Pac. 1113.)

*Appeal from Carter County Court; I. R. Mason, Judge.*

John Bonner was convicted of the offense of selling intoxicating liquor, and his punishment assessed at a fine of $50 and imprisonment in the county jail for a term of 30 days. From an order overruling a motion for a new trial, he appeals. Affirmed.

*Champion & Champion,* for plaintiff in error.
*Fred S. Caldwell,* for the State.

PER CURIAM. The petition in error herein, with case-made attached, was filed in this court on September 29, 1909, since which time no further appearance has been made by or on behalf of plaintiff in error. We are not advised as to what plaintiff in error relies upon for a reversal of the judgment against him. The state has filed a motion to dismiss the appeal or affirm the judgment below. We have examined the record before us, and no error is apparent. The motion to affirm will therefore be sustained. The mandate of this court is ordered issued to the county court of Carter county, directing said court to enforce its judgment and sentence herein.